IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 09-47 <br> ) J Vanaskie <br> ) |
| v. | ) <br> ) |
| DAVID CLARENCE SCHROLL, a/k/a <br> DAVID CLARENCE | ) <br> ) |

## INDICTMENT

### COUNT I

**THE GRAND JURY CHARGES THAT:**

On or about July 2008, in the Middle District of Pennsylvania, the defendant

**DAVID CLARENCE SCHROLL, a/k/a
DAVID CLARENCE**

did knowingly and willfully resist and disobey, and did aid and abet in resisting and disobeying, lawful writs, processes, orders, rules, decrees, and commands of the United States by causing fraudulent and fictitious documents purporting to be court orders dismissing a case to be submitted to the Court, and by failing to appear as directed by a federal grand jury subpoena.

All in violation of Title 18, United States Code, Section 401(3), and 2



_____
**MARTIN C. CARLSON**
**United States Attorney**

February 4, 2009
**DATE**