AO 245 B (Rev. 09/08) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| VS. | |
| DAVID CLARENCE SCHROLL | CASE NUMBER: 1:09-CR-0047-01<br>USM NUMBER: |

**DATE OF ORIGINAL JUDGMENT**

Ari Weitzman
Defendant's Attorney

**FILED**
HARRISBURG, PA
AUG 0 5 2009
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**THE DEFENDANT:**
[ ] pleaded guilty to a.
[ ] pleaded nolo contendere to count(s) _____
    which (was)(were) accepted by the court.
[X] was found guilty on a <u>1-Count Indictment</u> after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title/Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 USC 401(3) and 2 | Criminal Contempt | 07/31/2008 | 1 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has been found not guilty on count(s) _____.
[ ] Count(s) from the original indictment are dismissed on the motion of the United States.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or, mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 3, 2009
Date of Imposition of Sentence

Date: _August 5, 2009_

_/s/ [signature]_
U.S. District Judge
Middle District of Pennsylvania

★U.S.GPO:1990-722-448/10286

Defendant: DAVID CLARENCE SCHROLL                                    Judgment-Page 2 of 2
Case Number: 1:09-CR-0047-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Ninety (90) days.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at_____a.m./p.m. on_____.
    [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the probation office.
    [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on_____to_____at

_____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy Marshal